**JS6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KRISTIN SMITH,

Plaintiff,

v.

ASHLEIGH POGUE and NAAVAH LLC,

Defendants.

Case No. 2:26-cv-09003-RGK (RAOx)

*District Judge R. Gary Klausner*

**FINAL JUDGMENT**

On November 10, 2026, the Court issued its Order granting Defendants Ashleigh Pogue and Naavah LLC's (collectively "Defendants"), Motion to Dismiss Amended Complaint, or Alternatively, to Transfer (the "Motion"). *See generally* ECF No. 46, Order. The Court granted the Motion for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). *See id.* at 1, 6.

The Court now enters a final judgment in accordance with the November 10th Order.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kristin Smith takes nothing by reason of her suit against Defendants

Ashleigh Pogue and Naavah LLC. The action is **DISMISSED WITHOUT PREJUDICE TO IT BEING RE-FILED IN A COURT OF COMPETENT JURISDICTION**.

Pursuant to L.R. 54-2.1, Defendants may file an "Application to the Clerk to Tax Costs" no later than 14 days after entry of this Final Judgment.

This is a **FINAL JUDGMENT** and any relief not included herein is otherwise denied.

The Clerk shall close this action.

**IT IS SO ORDERED.**

DATED: November 23, 2026

Gary Klausner

The Hon. Judge R. Gary Klausner
UNITED STATES DISTRICT JUDGE